UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WHITE COMMUNICATIONS, LIMITED LIABILITY COMPANY and JEFFERY N. WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNERGIES3 TEC SERVICES, LLC,<br><br>Defendant. | No. 4:18-cv-00124<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

As required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Synergies3 Tec Services, LLC ("Synergies"), through its undersigned attorneys, provides the following information to the Court:

*(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as parents, subsidiaries, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case:*

Synergies is a limited liability company with no associations, firms, partnerships, corporations, or other artificial entities related to it as a parent, subsidiary, or otherwise. There is no publicly traded company that maintains 10% or more ownership interest in Synergies.

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation or both:*

No entities were named in response to part (a).

/s/ Ethan S. Olson
Frank Boyd Harty
Ethan S. Olson
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone:  (515) 283-3100
Facsimile:  (515) 283-8045
Email:   fharty@nyemaster.com
             eolson@nyemaster.com

/s/ Jay R. Aldis
Jay R. Aldis *(PRO HAC VICE PENDING)*
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
Telephone:  (713) 221-1381
Fax:  (800) 404-3970
Email:   jay.aldis@bracewell.com

**ATTORNEYS FOR DEFENDANT SYNERGIES3 TEC SERVICES, LLC**

**Certificate of Service**

I hereby certify that on May 18, 2018, I presented the foregoing document to the Clerk of Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants:

William W. Graham
Graham, Ervanian & Cacciatore, L.L.P.
317 Sixth Avenue, Suite 900
Des Moines, IA  50309
Telephone:  (515) 244-9400
Facsimile: (515) 282-4235
wwg@grahamlawiowa.com

ATTORNEYS FOR PLAINTIFFS

/s/ Ethan S. Olson