Page 1

```
 1           UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF IOWA
 2                 CENTRAL DIVISION

 3   WHITE COMMUNICATIONS,    )
     LIMITED LIABILITY        )
 4   COMPANY and JEFFREY N.   )  No. 4:18-cv-00124
     WHITE,                   )
 5                            )
     Plaintiffs/Counterclaim  )  DEPOSITION OF
 6   Defendants,              )
                              )  ERIC ATCHLEY
 7   vs.                      )
                              )
 8   SYNERGIES3 TEC SERVICES, )     COPY
     LLC,                     )
 9                            )
     Defendant/Counterclaimant.)
10   --------------------------)

11

12           THE DEPOSITION OF ERIC ATCHLEY,

13   taken before Janice M. Doud, Registered

14   Professional Reporter and Notary Public,

15   commencing at 3:10 p.m., on the 4th day of

16   June, 2019, at 700 Walnut Street, Suite 1600,

17   Des Moines, Iowa.

18

23       Reported by:  Janice M. Doud, R.P.R.
```

EXHIBIT A

Page 34

```
 1   A.   Yes.
 2   Q.   -- his payout.  Okay.
 3   A.   Absolutely.  That's how I recall.
 4   Q.   I understand what you're saying.
 5            You pointed at a number, and I
 6   don't see 400 there.
 7   A.   Well, there was -- there was -- I don't
 8   know where he got this number.  I don't know
 9   what that is.
10   Q.   The 650 you're pointing at?
11   A.   Yeah.  I don't know what that is.
12   Q.   Okay.
13   A.   But I remember mentioning $400,000.
14   That -- That had to be applied somewhere.
15   Q.   Okay.  Now, I did the math, but I don't
16   remember what I came up with, but there's a
17   dollar amount we would come to if we just
18   multiplied out --
19   A.   For sure.
20   Q.   -- 25, you know, those numbers.
21            In your mind, at the time you
22   made that offer, what did that represent?  Did
23   it represent a value of the stake in Synergies
24   that he was giving up, or what did it represent?
25   A.   To me at that time, the vote, I
```

Page 35

```
 1   believe, had already happened, so he was no
 2   longer a member of the company, and it was a --
 3   I guess it would be the value of what he had.
 4   Q.   Before he was no longer a member?
 5   A.   It was a good-grace effort, considering,
 6   because it was -- we had given him ample time to
 7   prove that he did not send that text message and
 8   jeopardize our company, that he didn't give us any
 9   evidence of the sort, and we had to do what we had
10   to do, and then we basically -- that was -- the
11   others in the room were not in favor of that.  I
12   was the only one.
13   Q.   They weren't in favor of --
14   A.   This.
15   Q.   -- of those numbers or they weren't in
16   favor of giving him anything?
17   A.   They were in favor of offering the
18   250,000.
19   Q.   Okay.  So the 25, 15, 7,500, 7,500, was
20   that a compromise that was reached?
21   A.   It was.
22   Q.   Between you and the other three
23   members?
24   A.   Yes.
25   Q.   Okay.  What had you been proposing that
```

Page 36

```
 1   you compromised down from?
 2   A.   Well, to be honest with you, the
 3   situation was, you know, I felt that I did not
 4   know, right, that -- you know, I felt like Jeff
 5   did send that text message.  He did eventually
 6   tell me that he was with a friend and that
 7   message was supposed to go to somebody else.
 8            So he did admit to me, and I'll
 9   testify to that in trial that he did admit to
10   me, but it was -- given the time and
11   circumstance, it was we were always going to end
12   up in court, in the best of my judgment, and I
13   thought that was a fair offer for the situation
14   we had.
15   Q.   Okay.  I'm going to come back to quite
16   a bit of that here in a second, but you told me
17   that when you made the offer to him of 25, 15,
18   7.5, 7.5, that that was a compromise that you
19   came to with your other three members, who had
20   really wanted to only offer 250,000.
21            And so my question to you is, had
22   you been at a higher number that you were
23   proposing before you -- or higher set of numbers
24   before you came down to these to make your other
25   three members happy?
```

Page 37

```
 1   A.   No.
 2   Q.   Did they agree, ultimately, to making
 3   that proposal to Jeff?
 4   A.   They did.
 5   Q.   All right.  Now I want to talk about
 6   what you told me about you said you thought it
 7   would always end up in court.
 8            Jeff had not threatened a lawsuit
 9   at that point, had he?
10   A.   He might have said it in passing.
11   Q.   But you just don't remember for sure?
12   A.   I don't remember.
13   Q.   Okay.  But your business sense or --
14   Well, you tell me.  What made you think it was
15   eventually going to end up in court or might
16   well end up in court?
17   A.   It was just my business sense that told
18   me that, you know, we were going to be here one
19   way or another.
20   Q.   It was a lot of money that was
21   potentially at stake.
22   A.   Well, you can't make this shit up.  I
23   mean, what he did was unbelievable.  Excuse my
24   language.
25   Q.   I hope you feel good about getting that
```

Page 66

1  conversation after that AT&T event.  I don't
2  exactly know the date, but I could probably pin
3  it down to it was probably a two- to five-minute
4  conversation.
5      Q.  I'm sorry to interrupt.  It was after
6  this conference call with the other members at
7  the end of October?
8      A.  Yes, I do believe so.
9      Q.  Okay.  Go ahead.  Let's not worry about
10  the date, then, for right now but just tell
11  me --
12      A.  Well, actually, I'll take that back.
13  It could have been before.  I don't know because
14  he was -- he said many things.  He said publicly
15  that I made this shit up.
16      Q.  When did he --
17      A.  That I hacked his system.  He's told
18  many people.  And ultimately we depose them;
19  right?  He's told -- This situation has been
20  told four to five different ways, in my opinion.
21  I can give you names and people that have told
22  me that he has misrepresented my actions in
23  regards to this particular situation here.
24      Q.  I'll come back to that, but let me ask
25  you, you don't know -- I realize you might be

Page 67

1  able to find out by looking at your phone; but
2  as you just sit there right now, you don't know
3  for sure whether the conversation you had with
4  Jeff when he admitted it, admitted doing it, was
5  before or after the October 30th date?
6      A.  No, but I could probably put it together
7  because as soon as he told me that, I turned
8  around and probably called Ben, I called Jason,
9  I probably called Jon or we did a conference
10  call.  I was floored when he finally told me.
11          And that was when I knew that he
12  was never going to be -- because I still held
13  out hope that he was going to prove that he
14  didn't do it.  When he finally said he was in a
15  truck down in Florida with a guy that made
16  uniforms for him in the past and they were
17  chasing women and he said the "f" word and that
18  thing was supposed to go to somebody else, that
19  pretty much sums it up for me.
20          When a man can speak to a woman
21  like that, I don't give a shit if you're a
22  prostitute or not, I don't think anybody talks
23  to a woman like that, but that's my opinion.
24      Q.  So when --
25          MR. COLLINS:  Just dial back on

Page 68

1  the four-letter words.
2          THE WITNESS:  That's fine.
3          MR. COLLINS:  I know this is
4  emotional, but --
5          THE WITNESS:  That's fine.
6      Q.  Okay.  So does that mean to you that it
7  was after October 30th?
8      A.  I said I don't know.  I can get that to
9  you.
10      Q.  Okay.  You were saying you were floored
11  and everything.  Do you think that you would
12  have had the same kind of conference call on the
13  30th of October if you had already heard that
14  from Jeff?  Do you see what I'm asking?
15      A.  No.
16      Q.  You know, you were pressing your other
17  partners to be more generous with Jeff than they
18  wanted to be.  Fair?
19      A.  No.  That deal came and was erected
20  that day.  That had never been talked about
21  prior.
22      Q.  I know that, but you told me that you
23  had to pressure them to --
24      A.  That same day.
25      Q.  Okay.  You were pressing them to be

Page 69

1  more generous than they wanted to be; right?
2      A.  On October 31st.
3      Q.  Okay.  And my question to you is, do
4  you think that you would have been pressing them
5  to be more generous than they wanted to be if
6  you had already had that conversation with Jeff
7  where he admitted this?
8      A.  I don't know.
9      Q.  Okay.  All right.
10          Have you turned over to your
11  lawyers all of the records that you have of
12  texts and phone conversations with Jeff White?
13      A.  To the best of my ability, I do
14  believe.
15      Q.  Okay.  Tell me -- You've probably
16  already told me a lot of it, but let's go
17  through very carefully and tell me exactly what
18  you remember that Jeff told you in that
19  conversation.
20      A.  I thought I just said it, but --
21      Q.  Well, you probably did.
22      A.  Yeah.
23      Q.  I just want to be sure that's all of
24  it.
25      A.  He --

Page 102

```
 1              CORRECTION/CHANGE SHEET
 2              I have read the entire transcript of
    my deposition taken on the 4th day of June,
 3  2019, or the same has been read to me.  I
    request that the following changes be entered
 4  upon the record for the reasons indicated.  I
    have signed my name to the signature page and
 5  authorize you to attach the same to the original
    transcript.
 6
    Page    Line    Correction or change and reason
 7                  therefor
 8  ---     ---     ------------------
 9  ---     ---     ------------------
10  ---     ---     ------------------
11  ---     ---     ------------------
12   ---    ---     ---------------- -
13  ---     ---     ------------------
14  ---     ---     ------------------
15  ---     ---     ------------------
16  ---     ---     ------------------
17  ---     ---     ------------------
18  ---     ---     ------------------
19  ---     ---     ------------------
20  ---     ---     ------------------
21  ---     ---     ------------------
22  ---     ---     ------------------
23  Date _____  Signature _____
24
25
```

Page 103

```
 1            C E R T I F I C A T E
 2
 3              I, the undersigned, a Registered
    Professional Reporter and Notary Public, do
 4  hereby certify that I acted as the Registered
    Professional Reporter in the foregoing matter at
 5  the time and place indicated herein; that I took
    in shorthand the proceedings had at said time
 6  and place; that said shorthand notes were
    reduced to typewriting under my supervision and
 7  direction, and that the foregoing pages are a
    full and correct transcript of the shorthand
 8  notes so taken; that said deposition was
    submitted to the witness for signature as
 9  requested and that any changes, if any,
    requested by the witness are attached hereto.
10
                I further certify that I am
11  neither attorney nor counsel for, or related to
    or employed by any of the parties in the
12  foregoing matter, and further that I am not a
    relative or employee of any attorney or counsel
13  employed by the parties hereto, or financially
    interested in the action.
14
                IN WITNESS WHEREOF, I have hereunto
15  set my hand and seal this 11th day of June, 2019.
16
17       [signature]
         _____
18       REGISTERED PROFESSIONAL REPORTER
         and NOTARY PUBLIC
19
20
21
22
23
24
25
```