B. Odom <b.odom@s3tec.org>　　　　　　　　　　　　　　　　　　　10/25/2016 12:41 PM

## Fwd: : FW: AP Investigation

To jeff.white@whitecommllc.com　　Copy S3- Eric <e.atchley@s3tec.org>

---

**Benton Odom Jr.**
**Chief Executive Officer**
**SYNERGIES3 TEC SERVICES, LLC**
**(214) 234-6204**

The information contained within this transmission is privileged and confidential information intended for the use of the individual addressee or entity addressee named above.
If the reader(s) of the message(s) listed and or attached herein is not the intended recipient, you are hereby notified that any dissemination, distribution and or copying of this communication is strictly prohibited.

-----Original Message-----
**From:** Eric Atchley [mailto:e.atchley@s3tec.org]
**To:** 'Ben Odom'
**Subject:** Fwd: FW: AP Investigation

---------- Forwarded message ----------
From: "Roger Hope" < r.hope@s3tec.org>
Subject: FW: AP Investigation
To: "S3- Eric" < e.atchley@s3tec.org>
Cc:

We have got to talk sir.

-----Original Message-----
From: DIRECTV
To: r.hope@s3tec.org
Subject: Fwd: AP Investigation

As per our conversation. I have not heard back from corp security yet.
Please do not forward to JEFF White or discuss just yet, please make sure he has no access to DIRECTV systems or customer information.

Thanks,


Sent from my iPhone

Begin forwarded message:

From: Stewart, Sean
Date: October 20, 2016 at 4:43:04 PM EDT
To: "HENDRIX, ANDY" < ch312g@att.com<mailto: ch312g@att.com>>
Cc: DIRECTV

Subject: FW: AP Investigation

Andy,
This appears to be a contractor that works for IEFS and is not associated with MASTEC.

EXHIBIT C

DEF_S3_108

Regards,
Sean

Sean Stewart
Mgr, Vendor Mgmt SBAC
AT&T | Internet and Entertainment Field Services

AT&T
161 Inverness Dr W
FL/FOFL1/ (Mail Stop P330)
Englewood, CO 80112


MOBILIZING YOUR WORLD

From: HENDRIX, ANDY [mailto: ch312g@att.com]
Sent: Thursday, October 20, 2016 1:50 PM
To: Stewart, Sean
Subject: AP Investigation

Sean-

I have a case involving a DTV vendor (White Communications). Jeff White allegedly sent a text message to a customer saying " I wanna fuck you". I've been unable to find the Vendor Manager for Mr. White or White Communications. It appears they have an office in Cartersville, GA. MR. White was negotiating a settlement with the customer when he sent the text. The customer has engaged the Office of the President, who notified us.

If you could let me know who the VM would be for this person, or if you can forward the message along to someone who might know, I would appreciate it. We need to get Mr. White removed from access to company systems/business ASAP per my Director.

Thanks


Andy Hendrix
Senior Investigator
Corporate Security/Asset Protection

AT&T
1055 Lenox Park Blvd, Suite 100
404-499-5861 | ch312g@att.com<mailto: ch312g@att.com>

MOBILIZING YOUR WORLD

- ATT00001.htm (169 Byte)
- White message.pdf (154 KB)

 Camera ••ooo LTE    7:59 PM    13% 



Jeff White-Damage Claim

wrote.

> Is this a joke? How unprofessional are you?

Your choice. 1680.00 final offer. Typo

> Send me something other than a text. Send me formal offer I writing as well as the reasoning and "proof" behind it.

Do you want 1680.00 or not?

Ok

> When will I receive it by?

> When will I receive it by?

Today 7:56 PM

I wanna fuck

you

      

DEF_S3_013