```
                                                              Page 1
 1             UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF IOWA
 2                  CENTRAL DIVISION

 3   WHITE COMMUNICATIONS,      )
     LIMITED LIABILITY          )
 4   COMPANY and JEFFREY N.     ) No. 4:18-cv-00124
     WHITE,                     )
 5                              )
     Plaintiffs/Counterclaim    ) DEPOSITION OF
 6   Defendants,                )
                                ) JEFFREY NEIL WHITE
 7   vs.                        )
                                )          [COPY]
 8   SYNERGIES3 TEC SERVICES,   )
     LLC,                       )
 9                              )
     Defendant/Counterclaimant.)
10   --------------------------)

11

12            THE DEPOSITION OF JEFFREY NEIL

13   WHITE, taken before Janice M. Doud, Registered

14   Professional Reporter and Notary Public,

15   commencing at 9:06 a.m., on the 4th day of June,

16   2019, at 700 Walnut Street, Suite 1600, Des Moines,

17   Iowa.

18

19

20

21

22

23       Reported by:  Janice M. Doud, R.P.R.

24                        [EXHIBIT
25                            D ]
```

Page 98

1  your phone to a DirecTV customer that had the
2  message that appears at the bottom about wanting
3  to do something with that person or to that
4  person?
5           MR. GRAHAM: Objection, no
6  foundation.
7     A.    Rephrase the question, please.
8     Q.    The text message which appears or
9  messages which appear on Exhibit 6, were they
10 sent from your phone?
11    A.    Not by me.
12    Q.    That wasn't my question.
13    A.    I have no idea if it was sent by my
14 phone.
15    Q.    Do you deny that this text string was
16 sent from your phone to the customer in -- I
17 believe she was in Georgia; is that right?
18    A.    Yes.
19    Q.    Do you dispute that this message came
20 off of your phone and went to a customer in
21 Georgia?
22    A.    I don't dispute that. I dispute that I
23 sent it.
24    Q.    Well, who sent it if you didn't?
25    A.    I have no idea, sir.

Page 99

1     Q.    Did you lose your phone back in the
2  October 2016 time frame?
3     A.    What is the exact date on this? I
4  don't see a date on it.
5     Q.    Well, it was sent to the Office of the
6  President of AT&T around October 20th.
7     A.    But I don't see a date here on the text
8  message.
9     Q.    That isn't my question. My question
10 is, did you lose your phone in October of 2016?
11    A.    No.
12    Q.    Did you give it to somebody else to use
13 in October 2016?
14    A.    I don't recall.
15    Q.    Did you tell Eric Atchley when he
16 confronted you with this text message that you
17 were actually having a conversation with either
18 a woman or a prostitute in a bar and you were
19 intending to send this text message at the
20 bottom of Exhibit 6 to that individual and --
21    A.    No.
22    Q.    Let me finish.
23          -- and you accidentally sent it
24 to this customer of yours?
25    A.    No.

Page 100

1     Q.    So what is your speculation, then, as
2  to how this message got from your phone to one
3  of your customers that you were negotiating the
4  settlement of a property damage claim with?
5     A.    My speculation, it's a screenshot. She
6  wanted $9,000 in a damage claim. I mean, where
7  does it come out of? I'm guessing that the
8  customer themselves probably did that.
9     Q.    So it's your testimony that the person
10 that you were negotiating a damage claim caused
11 by one of your installers with concocted the
12 text message that appears at the bottom of
13 Deposition Exhibit 6 and then sent that as a
14 complaint to the Office of the President of
15 AT&T?
16    A.    You asked for my speculation.
17    Q.    And I'm asking you, is that what you're
18 going to tell the ladies and gentlemen of the
19 jury, that you think some woman in Georgia whose
20 home --
21    A.    I think that's a possibility.
22    Q.    -- whose home was damaged by one of
23 your installers who was trying to get her
24 property damage repaired created this offensive
25 text message and then claims she had received it

Page 101

1  from you and she sent it to the Office of the
2  President of AT&T?
3     A.    Yes, I think that's a possibility.
4     Q.    Do you think it's a probability?
5     A.    What's the difference?
6     Q.    Well, I'm not under oath to answer
7  questions today. I'm just asking you if you
8  think it's a probability.
9     A.    I don't understand what you mean,
10 "probability."
11    Q.    Do you think it's more likely than not
12 that this was concocted by a customer who was
13 not satisfied with the way you were settling a
14 property damage claim?
15    A.    I think it's a possibility, yes.
16    Q.    Do you think that is the most likely
17 explanation?
18    A.    I don't know.
19    Q.    Did you reach out to this person and try
20 to find out whether she had done that?
21    A.    No. I was told I could not have contact
22 with her.
23    Q.    By whom?
24    A.    Ben Odom and Eric Atchley. I was also
25 told I couldn't talk to anybody at DirecTV about

Page 226

```
 1                SIGNATURE PAGE
 2          I, JEFFREY NEIL WHITE, the
 3   witness in the foregoing deposition, do hereby
 4   certify that I have read the foregoing pages of
 5   typewritten material and that the same is, with
 6   the corrections noted on the attached page, if
 7   any, a true and correct transcription of my
 8   deposition upon oral examination given at the
 9   time and place herein stated.
10
11            _ _ _ _ _ _ _ _ _ _ _ _ _
12                JEFFREY NEIL WHITE
13
14
15        Subscribed and sworn to before me
16   this _ _ day of _ _ _ _ _ _ _, 2019.
17
18
19
20
              _ _ _ _ _ _ _ _ _ _ _ _ _ _
21                 Notary Public
22
23
24
25
```

Page 227

```
 1            CORRECTION/CHANGE SHEET
 2          I have read the entire transcript of
     my deposition taken on the 4th day of June,
 3   2019, or the same has been read to me.  I
     request that the following changes be entered
 4   upon the record for the reasons indicated.  I
     have signed my name to the signature page and
 5   authorize you to attach the same to the original
     transcript.
 6
     Page   Line   Correction or change and reason
 7                 therefor
 8   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 9   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
10   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
11   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
12   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
13   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
14   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
15   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
16   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
17   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
18   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
19   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
20   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
21   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
22   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
23   Date _ _ _ _ _ _  Signature _ _ _ _ _ _ _ _ _ _
24
25
```

Page 228

```
 1              C E R T I F I C A T E
 2
 3          I, the undersigned, a Registered
     Professional Reporter and Notary Public, do
 4   hereby certify that I acted as the Registered
     Professional Reporter in the foregoing matter at
 5   the time and place indicated herein; that I took
     in shorthand the proceedings had at said time
 6   and place; that said shorthand notes were
     reduced to typewriting under my supervision and
 7   direction, and that the foregoing pages are a
     full and correct transcript of the shorthand
 8   notes so taken; that said deposition was
     submitted to the witness for signature as
 9   requested and that any changes, if any,
     requested by the witness are attached hereto.
10
              I further certify that I am
11   neither attorney nor counsel for, or related to
     or employed by any of the parties in the
12   foregoing matter, and further that I am not a
     relative or employee of any attorney or counsel
13   employed by the parties hereto, or financially
     interested in the action.
14
              IN WITNESS WHEREOF, I have hereunto
15   set my hand and seal this 11th day of June, 2019.
16
17                [signature]
              _ _ _ _ _ _ _ _ _ _ _ _ _ _
18            REGISTERED PROFESSIONAL REPORTER
              and NOTARY PUBLIC
19
20
21
22
23
24
25
```