Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF IOWA
 2                   CENTRAL DIVISION

 3   WHITE COMMUNICATIONS,       )
     LIMITED LIABILITY           )
 4   COMPANY and JEFFREY N.      )  No. 4:18-cv-00124
     WHITE,                      )
 5                               )
     Plaintiffs/Counterclaim     )  DEPOSITION OF
 6   Defendants,                 )
                                 )  JEFFREY NEIL WHITE
 7   vs.                         )
                                 )
 8   SYNERGIES3 TEC SERVICES,    )
     LLC,                        )
 9                               )
     Defendant/Counterclaimant.  )
10   ----------------------------)

11

12              THE DEPOSITION OF JEFFREY NEIL

13   WHITE, taken before Janice M. Doud, Registered

14   Professional Reporter and Notary Public,

15   commencing at 9:06 a.m., on the 4th day of June,

16   2019, at 700 Walnut Street, Suite 1600, Des Moines,

17   Iowa.

18

23        Reported by:  Janice M. Doud, R.P.R.
```

EXHIBIT G

Page 110

1  Q. Okay. And that all occurred -- you
2  signed your asset -- or you signed your
3  operating agreement October 14th of 2016; right?
4  A. Yes.
5  Q. And as of that date, AT&T had not
6  announced who would be the two or three
7  surviving installers; correct?
8  A. At that point I don't know if they had
9  or not. They never -- Basically two left there.
10 Q. That's what was left after the dust
11 settled; right?
12 A. Yes.
13 Q. But, I mean, Synergies3 did not have a
14 provider services agreement with AT&T as of
15 October 20th, 2016, when this text message was
16 received by this woman in Georgia; correct?
17 A. Yes, at that time they did have a
18 service provider agreement.
19 Q. That was with DirecTV, wasn't it?
20 A. DirecTV is wholly owned by AT&T.
21 Q. Sir, that's not my question. You do
22 under --
23 A. I don't know.
24 Q. Thank you.
25        You understand that if AT&T made

Page 111

1  the association between you and Synergies3 and
2  decided it wanted -- it believed that this
3  message was sent by you from -- or it was sent
4  by you to the person in Georgia, that it could
5  have terminated the DirecTV provider services
6  agreement on the spot?
7        MR. GRAHAM: Objection, no
8  foundation, calls for speculation, calls for a
9  legal conclusion.
10 Q. You can go ahead and answer.
11 A. No clue.
12 Q. So you don't know what the termination
13 provisions were of the provider services agreement
14 that was in place at that time; is that correct?
15 A. Repeat the question, please.
16 Q. You don't know what the termination
17 provisions were of the provider services agreement
18 that was in place on October 20, 2016, between
19 DirecTV and Synergies or White Communications?
20 A. Well, I -- Yeah, not that I recall.
21 Q. Do you agree that sending a text
22 message such as the one on Deposition Exhibit 6
23 would be grounds to terminate the provider
24 services agreement?
25        MR. GRAHAM: Objection, there's

Page 112

1  no foundation. It calls for a legal opinion.
2  A. I don't know.
3  Q. Do you agree that sending a customer a
4  text message as reflected on Deposition Exhibit 6
5  is inappropriate?
6  A. Yes.
7  Q. If one of your installers did that, what
8  would you do?
9  A. I'd investigate the process.
10 Q. If you thought your installer had sent
11 it, what would you do?
12 A. I guess that would depend on his term
13 with me, his reputation, whether he had had any
14 issues before that or not.
15 Q. Okay. So it's possible that even if
16 one of your installers sent a text message to a
17 customer that had that sexually inappropriate
18 statement in it, depending on their reputation
19 and how long they had been with you, you might
20 keep them on as an employee?
21 A. Yes, that's a possibility.
22 Q. How did you learn that the text message
23 had been sent to the Office of the President of
24 AT&T?
25 A. I believe I received a call from Ben

Page 113

1  Odom.
2  Q. When did you first see a copy of the
3  text message that's been marked as Deposition
4  Exhibit 6?
5  A. I don't recall what day it was.
6  Q. It was near October 20th?
7  A. Yeah, around the 20th to the 22nd,
8  23rd, somewhere around there, I would guess.
9  Q. What did Mr. Odom say to you when he
10 called you and told you that Synergies3 had been
11 contacted by AT&T?
12 A. Mr. Odom told me it was under
13 investigation and that I would not be able to
14 have any customer contact until the
15 investigation was over.
16 Q. Did he tell you who made the decision
17 that you would not have contact with customers?
18 A. Yes, he said DirecTV.
19 Q. Did you believe him?
20 A. AT&T. Yes.
21        MR. GRAHAM: Do you need a break?
22        THE WITNESS: Yeah.
23        MR. GRAHAM: Can we take a short
24 break?
25        MR. COLLINS: Yes.

Page 226

```
 1              SIGNATURE PAGE
 2         I, JEFFREY NEIL WHITE, the
 3   witness in the foregoing deposition, do hereby
 4   certify that I have read the foregoing pages of
 5   typewritten material and that the same is, with
 6   the corrections noted on the attached page, if
 7   any, a true and correct transcription of my
 8   deposition upon oral examination given at the
 9   time and place herein stated.
10
11         _ _ _ _ _ _ _ _ _ _ _ _ _ _
12              JEFFREY NEIL WHITE
13
14
15         Subscribed and sworn to before me
16   this _ _ day of _ _ _ _ _ _ _, 2019.
17
18
19
20
21         _ _ _ _ _ _ _ _ _ _ _ _ _ _
             Notary Public
22
23
24
25
```

Page 228

```
 1              C E R T I F I C A T E
 2
 3         I, the undersigned, a Registered
     Professional Reporter and Notary Public, do
 4   hereby certify that I acted as the Registered
     Professional Reporter in the foregoing matter at
 5   the time and place indicated herein; that I took
     in shorthand the proceedings had at said time
 6   and place; that said shorthand notes were
     reduced to typewriting under my supervision and
 7   direction, and that the foregoing pages are a
     full and correct transcript of the shorthand
 8   notes so taken; that said deposition was
     submitted to the witness for signature as
 9   requested and that any changes, if any,
     requested by the witness are attached hereto.
10
             I further certify that I am
11   neither attorney nor counsel for, or related to
     or employed by any of the parties in the
12   foregoing matter, and further that I am not a
     relative or employee of any attorney or counsel
13   employed by the parties hereto, or financially
     interested in the action.
14
             IN WITNESS WHEREOF, I have hereunto
15   set my hand and seal this 11th day of June, 2019.
16
17
18   _ _ _ _ _ _ _ _ _ _ _ _ _ _
     REGISTERED PROFESSIONAL REPORTER
     and NOTARY PUBLIC
19
20
21
22
23
24
25
```

Page 227

```
 1         CORRECTION/CHANGE SHEET
 2         I have read the entire transcript of
     my deposition taken on the 4th day of June,
 3   2019, or the same has been read to me.  I
     request that the following changes be entered
 4   upon the record for the reasons indicated.  I
     have signed my name to the signature page and
 5   authorize you to attach the same to the original
     transcript.
 6
     Page   Line   Correction or change and reason
 7                 therefor
 8   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
 9   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
10   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
11   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
12   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
13   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
14   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
15   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
16   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
17   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
18   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
19   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
20   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
21   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
22   _ _ _  _ _ _  _ _ _ _ _ _ _ _ _ _ _ _ _ _
23   Date _ _ _ _ _  Signature _ _ _ _ _ _ _ _ _ _
24
25
```