Page 1

```
 1              UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF IOWA
 2                    CENTRAL DIVISION

 3   WHITE COMMUNICATIONS,      )
     LIMITED LIABILITY          )
 4   COMPANY and JEFFREY N.     ) No. 4:18-cv-00124
     WHITE,                     )
 5                              )
     Plaintiffs/Counterclaim    ) DEPOSITION OF
 6   Defendants,                )
                                ) JEFFREY NEIL WHITE
 7   vs.                        )
                                )
 8   SYNERGIES3 TEC SERVICES,   )        COPY
     LLC,                       )
 9                              )
     Defendant/Counterclaimant. )
10   ---------------------------)

11

12            THE DEPOSITION OF JEFFREY NEIL

13   WHITE, taken before Janice M. Doud, Registered

14   Professional Reporter and Notary Public,

15   commencing at 9:06 a.m., on the 4th day of June,

16   2019, at 700 Walnut Street, Suite 1600, Des Moines,

17   Iowa.

18

19

20

21

22

23      Reported by:  Janice M. Doud, R.P.R.

24                    EXHIBIT
                         I
25
```

EXHIBIT I

Page 174

1    What and who made statements or
2 directly interfered with you and third parties?
3    A.   We lost our Exede work.
4    Q.   Whose fault was that?
5    A.   I was told that Synergies was taking it
6 over.
7    Q.   Who told you that?
8    A.   A representative from Exede.
9    Q.   Why were you -- Why did they terminate --
10 Did you have a contract with Exede?
11    A.   Yes.  We were doing sales and installation
12 work.
13    Q.   When were you told that Exede was
14 terminating its contract with you?
15    A.   I don't remember the exact date.  It
16 was in 2017.
17    Q.   What were the termination provisions of
18 that contract, do you know?  Did you have to get
19 notice?
20    A.   I believe we got 30-day notice.
21    Q.   Is that what you recall your contract
22 provided?
23    A.   I believe so.
24    Q.   What did Exede tell you was the reason
25 it was terminating your contract?

Page 175

1    A.   Synergies was taking over the area.
2    Q.   And what evidence do you have that
3 Synergies was what caused Exede to terminate
4 your contract?
5    A.   I have no evidence.  All I have is
6 hearsay.
7    Q.   Okay.  What is the hearsay?
8    A.   Basically, that they -- they heard that
9 we weren't performing with DirecTV and had heard
10 about the text.
11    Q.   Who told you that?
12    A.   I believe it came from -- it came
13 through my call center manager from, I believe,
14 somebody at Perfect 10.
15    Q.   What is Perfect 10?
16    A.   Perfect 10 is the administrator for
17 Exede.
18    Q.   And does the Perfect 10 administrator
19 have a name?
20    A.   I did not get a name, no.
21    Q.   How many call center managers do you
22 have?
23    A.   Just one.
24    Q.   And who is that?
25    A.   Heather.

Page 176

1    Q.   And what is Heather's last name?
2    A.   She just got married.  I can't remember
3 what her last name is right now, but I'm sure we
4 can get that for you.
5    Q.   What was her last name?  If she didn't
6 take her husband's name, it's going to still be
7 the same.
8    A.   I can't remember at the time.
9    Q.   So in 2017 Heather told you she talked
10 to somebody at Perfect 10 --
11    A.   Perfect 10.
12    Q.   -- who said --
13    A.   We were no longer able to sell Exede or
14 install it.
15    Q.   Was there any explanation as to why?
16    A.   Yes.  Synergies was taking over the
17 area.
18    Q.   Was there any representation that
19 Synergies somehow interfered or that Synergies
20 caused Exede to decline to do business with you?
21    A.   No.
22    Q.   Any other evidence that you have to
23 support the claim in paragraph 17 about
24 defendants causing third parties to decline to
25 do business with you?

Page 177

1    A.   No.
2    Q.   There is Count I and Count II on page 4
3 of the petition, which has been marked as
4 Exhibit 9.  Actually, it's the complaint since
5 we're in federal court.
6         Who was the party to the
7 unwritten asset purchase agreement?  Jeffrey
8 White or White Communications?
9    A.   Rephrase the question.  Who was the
10 party to the asset purchase agreement?
11    Q.   Yeah.  You're suing on breach of an
12 asset purchase agreement in Counts I and II;
13 correct?
14    A.   Yes.
15    Q.   We agreed earlier there is no written
16 asset purchase agreement; correct?
17    A.   We have no signed asset purchase
18 agreement.
19    Q.   Fair enough.  I'll take the
20 distinction.
21         So that means there's no written
22 asset purchase agreement to sue on; right?
23 You're suing on an oral agreement?
24    A.   Yes.
25    Q.   All right.  Who was the agreement with?

Page 226

```
 1              SIGNATURE PAGE
 2         I, JEFFREY NEIL WHITE, the
 3  witness in the foregoing deposition, do hereby
 4  certify that I have read the foregoing pages of
 5  typewritten material and that the same is, with
 6  the corrections noted on the attached page, if
 7  any, a true and correct transcription of my
 8  deposition upon oral examination given at the
 9  time and place herein stated.
10
11          _ _ _ _ _ _ _ _ _ _ _ _ _
12              JEFFREY NEIL WHITE
13
14
15        Subscribed and sworn to before me
16  this _ _ day of _ _ _ _ _ _ _, 2019.
17
18
19
20
            _ _ _ _ _ _ _ _ _ _ _ _ _
21              Notary Public
22
23
24
25
```

Page 227

```
 1          CORRECTION/CHANGE SHEET
 2         I have read the entire transcript of
    my deposition taken on the 4th day of June,
 3  2019, or the same has been read to me.  I
    request that the following changes be entered
 4  upon the record for the reasons indicated.  I
    have signed my name to the signature page and
 5  authorize you to attach the same to the original
    transcript.
 6
    Page   Line   Correction or change and reason
 7               therefor
 8  ___   ___   _____
 9  ___   ___   _____
10  ___   ___   _____
11  ___   ___   _____
12  ___   ___   _____
13  ___   ___   _____
14  ___   ___   _____
15  ___   ___   _____
16  ___   ___   _____
17  ___   ___   _____
18  ___   ___   _____
19  ___   ___   _____
20  ___   ___   _____
21  ___   ___   _____
22  ___   ___   _____
23  Date _____ Signature _____
24
25
```

Page 228

```
 1              C E R T I F I C A T E
 2
 3         I, the undersigned, a Registered
    Professional Reporter and Notary Public, do
 4  hereby certify that I acted as the Registered
    Professional Reporter in the foregoing matter at
 5  the time and place indicated herein; that I took
    in shorthand the proceedings had at said time
 6  and place; that said shorthand notes were
    reduced to typewriting under my supervision and
 7  direction, and that the foregoing pages are a
    full and correct transcript of the shorthand
 8  notes so taken; that said deposition was
    submitted to the witness for signature as
 9  requested and that any changes, if any,
    requested by the witness are attached hereto.
10
            I further certify that I am
11  neither attorney nor counsel for, or related to
    or employed by any of the parties in the
12  foregoing matter, and further that I am not a
    relative or employee of any attorney or counsel
13  employed by the parties hereto, or financially
    interested in the action.
14
            IN WITNESS WHEREOF, I have hereunto
15  set my hand and seal this 11th day of June, 2019.
16
17
    _ _ _ _ _ _ _ _ _ _ _ _ _
18  REGISTERED PROFESSIONAL REPORTER
    and NOTARY PUBLIC
19
20
21
22
23
24
25
```